IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIFER JOHNSON,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:19-00620-JB-N |
| ) | |
| **FOSTER POULTRY FARMS, INC.,** ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, there having been no objections filed, and the $400 filing fee having not been paid, the Report and Recommendation of the Magistrate Judge (Doc. 7) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 30, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motions for leave to proceed without prepayment of fees and costs under 28 U.S.C. § 1915 (Docs. 2, 5) filed by Plaintiff Jennifer Johnson are **DENIED** and that this action is **DISMISSED without prejudice** for failure to pay the filing fee required by 28 U.S.C. § 1914 or to demonstrate entitlement to proceed without prepayment of the fee under § 1915.

Final judgment in accordance with this order and Federal Rule of Civil Procedure 58 shall issue forthwith by separate document.

**DONE and ORDERED** this 29th day of January, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE